## Commonwealth *v.* Cochran, Appellant.

Before DOTY, J.

Submitted September 12, 1975. *Margaret M. Boyce*, for appellant; *Ian Comisky, Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Coulter, Appellant.

Before DILLON, J.

Submitted November 17, 1975. *Gary L. Farren*, for appellant; *Robert F. Hawk*, First Assistant District Attorney, and *John H. Brydon*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.